**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARICEL CHACON,
an individual,

      Plaintiff,

v.

Case No.: 6:24-cv-02225-JA-DCI

EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company, and
TRANS UNION LLC,
a foreign limited liability company,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT TRANS UNION LLC**

**COMES NOW**, Plaintiff, MARICEL CHACON ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC ("Trans Union") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Trans Union will request that this matter be dismissed with prejudice.

Dated: January 22, 2025

                                          Respectfully submitted,

                                          **SWIFT LAW PLLC**
                                          /s/ *Aaron M. Swift*
                                          **Aaron M. Swift, Esq., FBN 0093088**

**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Aaron M. Swift*
Attorney for Plaintiff

2