# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARICEL CHACON,
an individual,

      Plaintiff,

v.

Case No.: 6:24-cv-02225-JA-DCI

EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company, and
TRANS UNION LLC,
a foreign limited liability company,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, MARICEL CHACON, hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2025, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

                Respectfully submitted,

1

SWIFT LAW PLLC

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq., FBN 0093088**
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th Steet N, Suite 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*